In the Matter of THOMAS STEEL, and on Behalf of All Others Similarly Situated, Appellant, against FLUSHING HOSPITAL AND DISPENSARY et al., Respondents.—

Present —

Close, P. J., Hagarty, Johnston, Adel and Taylor, JJ.